UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO OFFICE

| | |
|---|---|
| SIXTA CALDITO GARCIA,<br><br>Plaintiff,<br><br>v.<br><br>LOWE'S HOME CENTERS, LLC, doing business as Lowes and DOES 1 TO 30,<br><br>Defendants. | CASE NO.: CV-14-05581-JSC-RS<br><br>(San Francisco County Superior Court Case No.: CGC 14-539403)<br><br>[~~PROPOSED~~] ORDER ON NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)<br><br>Hon. Richard Seeborg<br>U.S. District Court Judge |

**IT IS HEREBY ORDERED** that the Complaint of Plaintiff SIXTA CALDITO GARCIA is hereby dismissed in its entirety, with prejudice.

Dated: May 28, 2015

By: _/s/ Richard Seeborg_
HON. RICHARD SEEBORG
U.S. DISTRICT COURT JUDGE

I:\26000-000\26239\Pleadings\FEDERAL\Notice of Voluntary Dismissal - ORDER.docx

- 1 -

[PROPOSED] ORDER ON NOTICE OF VOLUNTARY DISMISSAL
Garcia vs. Lowe's
Case No.: CV-14-05581-JSC-RS